# AFFIDAVIT OF SERVICE
# VIA U.S. MAIL

*Sheldon Owens vs. Sallie Mae, Inc.*
*Case No. 13-cv-01158-SRN-LIB*

STATE OF MINNESOTA )
                   ) ss.
COUNTY OF HENNEPIN )

Linda Magiera, of the City of Bloomington, County of Hennepin, State of Minnesota, being duly sworn, says that on the 15th day of May, 2013, she served the following:

1. Notice of Removal;
2. Exhibit A – Summons and Complaint;
3. Certificate of Representation and Parties;
4. Notice of Filing Notice of Removal; and
5. Civil Cover Sheet

upon:

Sheldon Owens
1918 Park Avenue
Minneapolis, MN 55404

via United States Mail at the addresses listed above by placing a copy of the same in a postage prepaid envelope and depositing in the United States Mail at the addresses listed above.

_____
Linda Magiera

Subscribed and sworn to before me this
15th day of May, 2013.

_____

MARY SUSAN WILSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2015

7913438v1
14263.3