UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sheldon Owens, | Case No.: 13-CV-01158 SRN/LIB |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Sallie Mae, Inc. | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties above-named, that Plaintiff's causes of action asserted against Defendant have been settled and released, and that this matter shall be dismissed on the merits, with prejudice and without costs to either of the parties.

IT IS FURTHER STIPULATED AND AGREED, that the Court may enter an Order dismissing this case against Defendant on the merits, with prejudice and without costs to either of the parties.

Dated: June 18, 2013

WINTHROP & WEINSTINE, P.A.

s/Justice Ericson Lindell
Justice Ericson Lindell, #311071
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402
Tel: (612) 604-6400
jlindell@winthrop.com
*Attorneys for Defendant Sallie Mae, Inc.*

Dated: June 18, 2013

s/Sheldon Owens
Sheldon Owens
1918 Park Avenue
Minneapolis, MN 55404
Tel: (612) 272-5400
sheldon.owens@aol.com
*Plaintiff pro se*

8003176v1